## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| JIGNESHKUMAR PATEL, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | |
| | : | CIVIL ACTION No. 06-00584-CG-B |
| DAVID O. STREIFF, et al., | : | |
| | : | |
| Respondents. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby dismissed as moot.

**DONE and ORDERED** this 18th day of March, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE