IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JIGNESHKUMAR PATEL,** | : |
| Petitioner, | : |
| vs. | : |
| | : CIVIL ACTION No. 06-00584-CG-B |
| **DAVID O. STREIFF, et al.,** | : |
| Respondents. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this petition be and is hereby dismissed as moot.

**DONE and ORDERED** this 18th day of March, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE